Save Mart Supermarkets
Shawnte Priest, Esq (SBN 298460)
1800 Standiford Avenue
Modesto, California 95350
Telephone: (209) 548-6503
Facsimile: (209) 530-1828
shawnte.priest@savemart.com

Attorney for Save Mart Supermarkets

Jason Erlich (SBN 203661)
Brooks Harris (SBN 298483)
McCormack and Erlich, LLP
150 Post Street, Suite 742
San Francisco, CA 94108
Telephone: (415) 296-8420
Facsimile: (415) 296-8552

Attorneys for Rhonda Cabral

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA CABRAL,<br><br>       Plaintiff,<br><br>vs.<br><br>SAVE MART SUPERMARKETS, INC; AND DOES 1 TO 25,<br><br>       Defendants. | **Case No.: 2:15-cv-00994-JAM-KJN**<br><br>*Assigned to the Hon. John A. Mendez*<br><br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO SERVE ANSWER ON PLAINTIFF** |

All parties to this matter stipulate to extend the time under FRCP 6(b) for Defendant to serve

upon Plaintiff an answer to the complaint which was served upon Defendant on May 14, 2015. The

parties have agreed to extend the due date by 28 days, so that the new due date is July 2, 2015.  The time

to serve an answer to the complaint has not been previously extended.

///

JOINT STIPULATION FOR EXTENSION OF TIME TO SERVE ANSWER ON PLAINTIFF - 1

1   IT IS SO STIPULATED.

2

3   Dated: May 27, 2015

4

5                                          /s/
                                           SHAWNTE V. PRIEST
6
                                           ATTORNEY FOR SAVE MART
7                                          SUPERMARKETS

8

9
                                           /s/
10                                         JASON M. ERLICH

11                                         ATTORNEY FOR RHONDA CABRAL

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR EXTENSION OF TIME TO SERVE ANSWER ON PLAINTIFF - 2

1

## **ORDER**

2

3        For good cause appearing, the Court approves to extend the time for Defendant to serve upon Plaintiff an answer to the complaint based on the stipulation of the Parties and hereby extends the due date to July 2, 2015.

4

5        IT IS SO ORDERED.

6    DATED: June 1, 2015

7                         /s/ John A. Mendez_____

8                         HON. JOHN A. MENDEZ
                     UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR EXTENSION OF TIME TO SERVE ANSWER ON PLAINTIFF - 3