MCCORMACK AND ERLICH, LLP
JASON M. ERLICH (SBN 203661)
BROOKS A. HARRIS (SBN 298483)
150 Post Street, Suite 742
San Francisco, California 94108
Telephone: (415) 296-8420
Facsimile: (415) 296-8552
Email: jason@mcelawfirm.com
 brooks@mcelawfirm.com

Attorneys for Plaintiff
RHONDA CABRAL

JACKSON LEWIS P.C.
CARY G. PALMER (SBN 186601)
JERRY J. DESCHLER (SBN 215691)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: palmerc@jacksonlewis.com
 deschlej@jacksonlewis.com

Attorneys for Defendant
SAVE MART SUPERMARKETS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA CABRAL,<br><br>       Plaintiff,<br><br>       v.<br><br>SAVE MART SUPERMARKETS, INC.; and DOES 1 to 25,<br><br>       Defendants. | CASE NO. 2:15-cv-00994-JAM-KJN<br><br>**STIPULATED REQUEST FOR MODIFICATION OF STATUS (Pre-Trial Scheduling) ORDER (DKT. #11) AND ORDER THEREON**<br><br>Complaint Filed:     05.06.15 |

   Plaintiff RHONDA CABRAL ("Plaintiff") and Defendant SAVE MART SUPERMARKETS, INC. ("Defendant") respectfully request modification of the Court's Status (Pre-Trial Scheduling) Order filed July 16, 2015 (Dkt.# 11) with respect to scheduling of dispositive motions.

   As set forth in the parties Joint Status Report (Dkt. #10), the parties agreed that any

1

opposition to a dispositive motion would be due within 28 days after the moving papers are filed.

Therefore, in order to comply with the Court's dispositive hearing deadline of January 11, 2017, the parties propose the following modifications to the Court's Status Order to reflect the following language: "All dispositive motions shall be filed by November 30, 2016."

No other change to the Status Order is requested.

Respectfully submitted,

Dated:  July 22, 2015                MCCORMACK AND ERLICH, LLP


By: */s/ Jason Erlich*
        JASON M. ERLICH

Attorneys for Plaintiff
RHONDA CABRAL

Dated:  July 22, 2015                JACKSON LEWIS P.C.


By:  */s/ Jerry J. Deschler Jr.*
        *[as authorized 07/22/2015]*
        JERRY J. DESCHLER JR.

Attorneys for Defendant
SAVE MART SUPERMARKETS, INC.

## **ORDER**

The Court has reviewed Stipulated Request for Modification of Status (Pre-Trial Scheduling) Order (Dkt. #11).  Based upon a review of the record, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. The Status Order (Dkt. #11) is modified as follows: "All dispositive motions shall be filed by November 30, 2016."

Dated: 7/23/2015                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                United States District Court Judge

2

Stipulated Request for Modification of Status          *Rhonda Cabral v. Save Mart Supermarkets, Inc.., et al.*
Order and Order Thereon                                Case No. 2:15-cv-00994-JAM-KJN