MCCORMACK AND ERLICH, LLP
JASON M. ERLICH (SBN 203661)
BROOKS A. HARRIS (SBN 298483)
150 Post Street, Suite 742
San Francisco, California  94108
Telephone:     (415) 296-8420
Facsimile:      (415) 296-8552
Email: jason@mcelawfirm.com
         brooks@mcelawfirm.com

Attorneys for Plaintiff
RHONDA CABRAL

JACKSON LEWIS P.C.
CARY G. PALMER (SBN 186601)
SHANE R. LARSEN (SBN 283966)
400 Capitol Mall, Suite 1600
Sacramento, California  95814
Telephone:     (916) 341-0404
Facsimile:      (916) 341-0141
Email: palmerc@jacksonlewis.com
         shane.larsen@jacksonlewis.com

Attorneys for Defendant
SAVE MART SUPERMARKETS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA CABRAL,<br><br>        Plaintiff,<br><br>    v.<br><br>SAVE MART SUPERMARKETS, INC.; and DOES 1 to 25,<br><br>        Defendants. | CASE NO.  2:15-cv-00994-JAM-KJN<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON**<br><br><br>Complaint Filed:     05.06.15<br>Trial Date:              03.27.17 |

TO THE HONORABLE COURT:

Pursuant to Local Rules 160 and 272, and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Rhonda Cabral and Defendant Save Mart Supermarkets, Inc. (the "Parties") hereby inform the Court that this action has confidentially resolved between the Parties.

/ / /

The Parties, therefore, jointly request that the entire action, as to all Parties and all causes of action, be dismissed with prejudice, with each Party to bear its own attorneys' fees or costs.

Respectfully submitted,

Dated:  March 14, 2016            MCCORMACK AND ERLICH, LLP


By: /S/_____
       Jason M. Erlich

Attorneys for Plaintiff
RHONDA CABRAL


Dated:  March 7, 2016             JACKSON LEWIS P.C.


By: /S/ *Cary Palmer as authorized*_____
       Cary G. Palmer

Attorneys for Defendant
SAVE MART SUPERMARKETS, INC.


## **ORDER**

Based on the foregoing stipulation and otherwise finding good cause therefor,

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, with each Party to bear its own attorneys' fees and costs.

Dated:  3/14/2016            /s/ John A. Mendez_____
                             HON. JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE